UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDVIN ANIBAL LOPEZ-PINEDA, | Case No.: 26-cv-2160-RSH-DDL |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al., | |
| Respondents. | |

On April 6, 2026, petitioner Edvin Anibal Lopez-Pineda filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner asserts that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* ¶ 32. On April 13, 2026, Respondents filed a return stating that they do not oppose such an order. ECF No. 5 at 1–2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order pursuant to 8 U.S.C. § 1226(a), at which the government bears the burden to prove by clear and convincing evidence that Petitioner presents a flight risk or a danger to the community. The Court declines to order Petitioner's immediate release, as the Petition has not

established a legal basis for such relief.[1]

**IT IS SO ORDERED**.

Dated: April 13, 2026

Hon. Robert S. Huie
United States District Judge

---

[1] To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

26-cv-2160-RSH-DDL